```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x  GT-9127
JOSEPH IOVANE,

                Plaintiff,

        - against -                                         :

STARBUCKS COFFEE COMPANY, and                               :
STARBUCKS CORPORATION,
                                                            :
                Defendant(s).
------------------------------------------------------------x
```

**08 CV 0016**

RULE 1.7 STATEMENT



Pursuant to Rule 1.7 of the United States District Court for the Southern District of New York and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for defendant STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY (hereinafter "STARBUCKS"), hereby certify that the following are all parent companies, subsidiaries and affiliates of STARBUCKS:

> Olympic Casualty Insurance Company II (a Vermont corporation)
> SCI UK I, Inc. (a Washington corporation)
> Seattle Coffee Company (a Georgia corporation)
> Seattle's Best Coffee LLC (a Washington limited liability company)
> Torrefazione Italia LLC (a Washington limited liability company)
> Starbucks Capital Asset Leasing Company, LLC (a Delaware limited liability company)
> Starbucks Coffee Company (Australia) Pty. Ltd. (an Australian corporation)
> Starbucks Coffee Canada, Inc. (a Canadian Corporation)
> Starbucks Coffee Holdings (UK) Limited (a UK corporation)
> Starbucks Coffee Company (UK) Limited (a UK corporation)
> Torz & Macatonia Limited (a UK corporation)
> Starbucks Coffee International, Inc. (a Washington corporation)
> Coffee Concepts (Southern China) Ltd. (a Hong Kong corporation)
> Coffee Concepts (Guangdong) Ltd. (a Chinese corporation)
> Coffee Concepts (Shenzhen) Ltd. (a Chinese corporation)
> Rain City C.V. (a Dutch Limited Partnership)
> Emerald City C.V. (a Dutch Limited Partnership)
> Starbucks Coffee EMEA B.V. (a Dutch B.V.)

3082433 1

Starbucks Manufacturing EMEA B.V. (a Dutch B.V.)
Starbucks Coffee (Deutschland) GmbH (a German corporation)
Starbucks Coffee (Ireland) Limited (an Irish corporation)
High Grown Investment Group (Hong Kong) Limited (a Hong Kong corporation)
Beijing Mei Da Coffee Company Ltd. (a Chinese corporation)
Starbucks Coffee Trading Company Sàrl (a Swiss Sàrl)
Starbucks Coffee Agronomy Company S.R.L. (a Costa Rica S.R.L.)
SBI Nevada, Inc. (a Nevada corporation)
SCI Investment, Inc. (a Washington corporation)
Starbucks Coffee Puerto Rico, LLC (a Delaware corporation)
Starbucks Coffee Sint Maarten Inc. N.V. (a Dutch Antilles corporation)
SCI Europe I, Inc. (a Washington corporation)
SCI Europe II, Inc. (a Washington corporation)
SCI Ventures, S.L. (a Spanish limited liability company)
Starbucks Asia Pacific Investment Holding Limited (a Chinese corporation)
Qingdao American Starbucks Coffee Company Limited (a Chinese corporation)
Starbucks Coffee (Dalian) Company Limited (a Chinese corporation)
Starbucks Coffee (Liaoning) Co., Ltd. (a Chinese corporation)
Starbucks Asia Pacific Investment II Holding Limited (a Hong Kong corporation)
Starbucks (China) Company Limited (a Chinese corporation)
Starbucks (Shanghai) Supply Chain Co., Ltd. (a Chinese corporation)
Starbucks Asia Pacific Investment III Holding Limited (a Hong Kong corporation)
Chengdu Starbucks Coffee Company Limited (a Chinese corporation)
Xi'an Starbucks Coffee Company Limited (a Chinese corporation)
Starbucks Card Europe, Limited (a UK corporation)
Starbucks Coffee Asia Pacific Limited (a Hong Kong corporation)
Starbucks Coffee Chile S.A. (a Chilean corporation)
Starbucks Coffee Singapore Pte. Ltd. (a Singapore corporation)
Starbucks Singapore Investment Pte. Ltd. (a Singapore corporation)
Starbucks Servicios de Consultoria Empresarial Ltda. (a Brazil corporation)
Starbucks Coffee (Thailand) Ltd. (a Thailand corporation)
Starbucks Holding Company (a Washington Corporation)
Starbucks Manufacturing Corporation (a Washington corporation)
Starbucks New Venture Company (a Washington corporation)
Starbucks U.S. Brands, LLC (a Nevada limited liability company)
Urban Coffee Opportunities, LLC (a Washington limited liability company)

Dated: New York, New York
       January 2, 2008

                                  Respectfully yours,

                                  WILSON ELSER MOSKOWITZ
                                    EDELMAN & DICKER LLP

                                By: _____
                                    George N. Tompkins, III (GT-9127)
                                150 East 42nd Street
                                New York, New York 10017
                                (212) 490-3000, Ext. 2562
                                Attorneys for Defendant
                                STARBUCKS CORPORATION d/b/a
                                STARBUCKS COFFEE COMPANY

To:   Kenneth S. Fink, Esq.
       CHERIFF & FINK, P.C.
       2 Rector Street – Suite 2104
       New York, New York 10006-1893
       Attorneys for Plaintiff
       JOSEPH IOVANE

3082433.1