UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x  GT-9127

JOSEPH IOVANE,                                :

                                                                             08 Civ. 0016 (NRB) (HP)

                 Plaintiff,      :

                                                                             **CERTIFICATE**

        - against -    :  **OF SERVICE**

STARBUCKS COFFEE COMPANY, and       :
STARBUCKS CORPORATION,

                                          :

                 Defendant(s).
------------------------------------------------------------------------x

      I hereby certify that a true and correct copy of the Notice of Removal, Procedures for Electronic Case Filing, Individual Practices of Naomi Reice Buchwald, United States District Judge and Individual Practices of Magistrate Judge Henry Pittman was served by First Class Mail this 2nd day of January 2008 upon:

      Kenneth S. Fink, Esq.
      CHERIFF & FINK, P.C.
      2 Rector Street – Suite 2104
      New York, New York 10006-1893
      Attorneys for Plaintiff
      JOSEPH IOVANE

                                                     Respectfully yours,

                                                     WILSON ELSER MOSKOWITZ
                                                       EDELMAN & DICKER LLP

                                                   By: _____
                                                        George N. Tompkins, III (GT-9127)
                                                   150 East 42nd Street
                                                   New York, New York 100017
                                                   (212) 490-3000
                                                   Attorneys for Defendant
                                                   STARBUCKS CORPORATION
                                                   d/b/a STARBUCKS COFFEE COMPANY

3084209.1