

JAN 29 2008

# Cheriff & Fink, P.C.
### Attorneys At Law

Bruce J. Cheriff
Kenneth S. Fink *
*also admitted in New Jersey

Bernard Cheriff, of counsel

2 Rector Street – Suite 2104
New York, NY 10006-1893
Phone    (212) 285-4100
Fax      (212) 285-4101
www.cf-lawyers.com
www.nycpersonalinjury.blogspot.com
email: ksf@pipeline.com

**TO:** Hon. Naomi Reice Buchwald
United States District Court for the Southern District of New York

**TEL:** 212-805-0194
**FAX:** 212-805-7927

**FROM:** Kenneth S. Fink (KSF-8325)

**RE:** Iovane v. Starbucks – 08 Civ. 0016 (NRB)

**DATE:** January 29, 2008

**CC:** Wilson Elser Moskowitz Edelman & Dicker
Attention: George N. Tompkins, III, Esq.
VIA FAX – 212-490-3038

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08

As discussed with chambers earlier today, we are the attorneys for Plaintiff in the above referenced action scheduled for an Initial Pretrial Conference before you on February 19, 2008 at 4:00 pm.

After conferring with defense counsel, the parties, jointly and respectfully, request an adjournment of the conference as both Mr. Tompkins and I will be out of town that week. No previous requests for adjournments have been made.

If you have any questions, please do not hesitate to contact our office.

Thank you for your attention to this request.

*[Handwritten note: The conference is adjourned until February 26, 2008 at 3:30 p.m. — Naomi Reice Buchwald, USDJ 2/5/08]*

THE TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE IS _1_.
IF YOU DO NOT RECEIVE ALL PAGES CLEARLY, PLEASE CALL US IMMEDIATELY.

This fax, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please immediately notify me at (212) 285-4100 and permanently destroy the original and any copy of same. For further information about the firm, visit us on the web at www.cf-lawyers.com