```
APR-21-2008(MON) 15:21
Rx Date/Time   APR-21-2008(MON) 15:17                               P 003
APR 21. 2008  4:20PM
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X  GT-9127
JOSEPH IOVANE,
: 08 Civ. 0016 (NRB) (HP)
        Plaintiff,
: STIPULATION AND
  -against-                    ORDER OF DISMISSAL
: WITH PREJUDICE

STARBUCKS COFFEE COMPANY, and
STARBUCKS CORPORATION,

        Defendant(s).
----------------------------------X

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the parties, by their respective attorneys, hereby stipulate to dismiss this action with prejudice and without costs to any party.

Dated: New York, New York
       April 21, 2008

                      Respectfully yours,

                      WILSON ELSER MOSKOWITZ
                      EDELMAN & DICKER LLP

                      By: _____
                      George N. Tompkins, III (GT-9127)
                      150 East 42nd Street
                      New York, New York 10017
                      (212) 490-3000, Ext. 2562
                      Attorneys for Defendant
                      STARBUCKS CORPORATION d/b/a
                      STARBUCKS COFFEE COMPANY

3202570.1

RECEIVED TIME APR. 21. 4:35PM

Dated: New York, New York
April 21, 2008

CHERIFF & FINK, P.C.

By: _____
Kenneth Fink (KF-8325)
2 Rector Street, Suite 2104
New York, New York 10006-1893
(212) 285-4100
Attorney for Plaintiff

Dated: April 22, 2008    SO ORDERED:

_____, USDJ